UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
VALENTIN REID, individually and on behalf of all others
similarly situated;

Civil Action No:
1:19-cv-5571

                                        Plaintiff,


        -v.-

VACASA LLC,


                                        Defendants.
-----------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.


DATED, this 20th day of August, 2019


                                */s/David Paul Force*
                                David Paul Force, Esq.
                                **Stein Saks, PLLC**
                                285 Passaic Street
                                Hackensack, NJ 07601
                                Ph: 201-282-6500
                                dforce@sreinsakslegal.com


1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 20, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*/s/ David Paul Force*
David Paul Force, Esq.